**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-7019**

———————————

ADAM WADE OWENS,

        Plaintiff - Appellant,

    v.

DONNIE HARRISON, Sheriff; P. WILLIAMS, Captain; D. MEREDITH, Lieutenant; A. LUCAS, Sergeant,

        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, Chief District Judge.  (5:08-ct-03100-FL)

———————————

Submitted:  January 20, 2011     Decided:  February 8, 2011

———————————

Before SHEDD, AGEE, and WYNN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Adam Wade Owens, Appellant Pro Se. John Albert Maxfield, COUNTY ATTORNEY'S OFFICE FOR THE COUNTY OF WAKE, Raleigh, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adam Wade Owens appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Owens v. Harrison, No. 5:08-ct-03100-FL (E.D.N.C. July 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED